**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

**CHAMBERS OF**
**P. KEVIN CASTEL**
**UNITED STATES DISTRICT JUDGE**

August 19, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: <u>Calendar Year 2008 Filing</u>

Dear Judge Baldock:

I am writing to respond to your letter of July 24. Please consider this letter (three copies of which are enclosed) as an amendment to my filing.

1. In Part VII, page 9, line 76, in my prior report, I listed "Brk Act #2 Bethlehem Ny Cent Sch Dt 5.125/14", but did not list this asset in my current report. It was redeemed on November 15, 2007 at Value Code (K) and Gain Code (A).

2. In Part VII, page 18, line 231 in my prior report I listed "Brk Act #10 CBF", but did not list this asset in my current report. It was sold on March 23, 2007 at Value Code (K) and Gain Code (A).

Please contact me if you have further questions.



P. Kevin Castel

**Castel, P. Kevin**



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castel, P .Kevin | S.D.N.Y. | 07/01/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 500 Pearl Street New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (ex officer director as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -7 A 11: 16 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 1/27/08-2/2/08 | Nevis, St Kitts and Nevis | Moderator of panel | Travel, lodging and meals |
| 2. | New York State Bar Associat ion, Commmercial and Federal Litigation Section | 5/2/08-54/08 | Manchester, VT | Speaker/honoree | Lodging and meals |
| 3. | George Mason University Law & Economics | 7/7/08-7/9/08 | Sedona, AZ | Attendee at seminar | Travel, lodging and meals |
| 4. | Federal Bar Council | 10/24/08-10/26/08 | Lenox, MA | Panelist | Lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P. Kevin | 07/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Worldwide [FWWFX] | B | Dividend | L | T | | | | | |
| 2. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | C | Dividend | N | T | | | | | |
| 3. Brk Act #1Fidelity Cash Reserves [FDRXX] | E | Dividend | P1 | T | | | | | |
| 4. Brk Act #1 Fidelity Asset Manager Mutual F d [FASGX] | D | Dividend | N | T | | | | | |
| 5. Brk Act #1 Fidelity Aggressive Growth M utual Fd [FAMRX] | C | Dividend | M | T | | | | | |
| 6. Brk Act #1 Fidelity Balanced [FBALX] | D | Dividend | N | T | | | | | |
| 7. Fidelity Export & Multinat'l [FEXPX] | A | Dividend | L | T | | | | | |
| 8. Brk Act #2 SB Muni Mny Mkt Port CL A | D | Dividend | | | Sold | 10/27 | N | A | |
| 9. Brk Act #2 First Eagle Overseas Fund Class A (Pt VIII) | A | Dividend | K | T | Sold (part) | 12/18 | K | C | |
| 10. Brk Act #2 LM [SB] Appreciation Fd CL A (Part VIII) | C | Dividend | M | T | Sold (part) | 6/19 | J | D | |
| 11. Brk Act #2 LM [SB] Large Cap Grwtb FD C L A | | None | L | T | | | | | |
| 12. Brk Act #2 Citi Inst Reserves Tax Free | D | Dividend | N | T | Buy | 10/28 | N | | |
| 13. Brk Act #2 VFH | A | Dividend | J | T | Buy | 12/15 | J | | |
| 14. Brk Act #2 SCD (Part VIII) | D | Dividend | L | T | Sold (part) | 12/19 | J | B | |
| 15. Brk Act #2 NYS Dorm Au REVS M Filmor e Hosp 5.125/08 | B | Interest | | | Redeemed | 2/1 | K | A | |
| 16. Brk Act #2 NYC Gen Oblig Ser H 4.5/08 | B | Interest | | | Redeemed | 3/17 | K | A | |
| 17. Brk Act #2 NY NY SER M AMBAC 5/08 ( /07)(Part VIII) | B | Interest | | | Redeemed | 6/2 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Castel, P. Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Interest | | | Redeemed | 7/1 | L | A | |
| | | Interest | | | Redeemed | 9/2 | K | A | |
| DISTR | | Interest | | | Redeemed | 9/4 | K | A | |
| | | Interest | | | Redeemed | 11/17 | K | A | |
| | | Interest | M | T | | | | | |
| | | Interest | M | T | | | | | |
| | | Interest | K | T | Redeemed (part) | 8/1 | J | A | |
| | | Interest | L | T | | | | | |
| 28. Brk Act#2 NYC G/O Ser G 3.125/10 [4/10] | C | Interest | L | T | | | | | |
| 29. Brk Act #2 Nassau Co Ser C 5.25/10 | C | Interest | M | T | | | | | |
| 30. Brk Act #2 NYS Dorm AU Staten Isl U Ho sp 4.9/10 | B | Interest | L | T | | | | | |
| 31. Brk Act #2 NYC G/O SER C 4.375/11 | C | Interest | M | T | | | | | |
| 32. Brk Act #2 NYC G/O SER D 5.4/11 (/07)(Part VIII) | D | Interest | | | Redeemed | 5/15 | J | A | |
| Brk Act #2 NYS ENV FACS 5/11 | A | Interest | K | T | | | | | |
| Brk Act #2 NYNY Ser F 5.125/11 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #2 NYC Transitional Auth 4.6/11 | B | Interest | K | T | | | | | |
| 36. Brk Act#2 LIPA 5.125/11[08] | C | Interest | | | Redeemed | 4/1 | L | A | |
| 37. Brk Act # 2 Eire Cnty NY Pub Impt Ser A 5/11 (Part VIII) | B | Interest | | | Redeemed | 8/15 | J | | |
| 38. Brk Act #2 NY NY Ser J 4/12 | C | Interest | M | T | | | | | |
| 39. Brk Act #2 NYS Dorm Auth City Univ 5.75 /12 (/09) | C | Interest | L | T | | | | | |
| 40. Brk Act #2 NYC RFDG Ser F 5.25/12 | A | Interest | | | Redeemed | 2/1 | J | A | |
| 41. Brk Act #2 NYC G/O Ser H 5.25/13 (/09) | A | Interest | K | T | | | | | |
| 42. Brk Act #2 NY NY Ser J FGIC-TCRS 5.3 5/12 | B | Interest | J | T | Redeemed (part) | 8/1 | K | A | |
| 43. same as above | | | | | Redeemed (part) | 11/3 | K | A | |
| 44. Brk Act #2 NYS Dorm Auth Upstate Comm Coll Rev B 5/13 [/10] | B | Interest | L | T | | | | | |
| 45. Brk Act #2 NY NY RFDG Ser B-FGIC TCR S 5.75/13 | C | Interest | L | T | | | | | |
| 46. Brk Act #2 Medina NY Cent Sc Dist 4.75/13 | B | Interest | K | T | | | | | |
| 47. Brk Act #2 LIPA 5/13 [08] | B | Interest | | | Redeemed | 4/1 | M | A | |
| 48. Brk Act #2 NYS Dorm AU RFDG SECD HOSP NYDTWN 5.2/014 | C | Interest | L | T | | | | | |
| 49. Brk Act #2 NYS Dorm Auth Revs Ithaca Co ll 5/13 | B | Interest | K | T | Redeemed (part) | 7/1 | K | A | |
| 50. Brk Act #2 MTA NY 4.75/13 | A | Interest | | | Redeemed | 7/1 | K | A | |
| 51. Brk Act #2 NYS Dorm AU Revs Third Gen Res 5.25/13 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Brk Act #2 NYS Dorm AU Revs Lutherern Med 5/13 | C | Interest | L | T | | | | | |
| 53.   Brk Act #2 NYC GO Ser J 4/13 | C | Interest | M | T | | | | | |
| 54.   Brk Act #2 Buffalo NY Ser B 5.375/13 [12] | B | Interest | K | T | | | | | |
| 55.   Brk Act #2 Nassau Cty IFA Ser A 5/13 | B | Interest | K | T | | | | | |
| 56.   Brk Act #2 NYC GO Ser A 4/13 | C | Interest | M | T | | | | | |
| 57.   Brk Act #2 Camden NY Cent SCh DIST S ER A 4.5/14 | B | Interest | L | T | | | | | |
| 58.   Brk Act #2NYC MUN WTR FIN 00/14 | A | Interest | K | T | | | | | |
| 59.   Brk Act #2 NYS DORM AU Iona Coll 4.3 /14 | B | Interest | K | T | | | | | |
| 60.   Brk Act #2 LI Pwr Au [LIPA] 5/14[08] | B | Interest | | | Redeemed | 4/1 | K | A | |
| 61.   Brk Act #2 NYC Ser J 5.25/14 (/09) | B | Interest | K | T | | | | | |
| 62.   Brk Act #2 Sharon Springs MunWtr 4.8/14 | B | Interest | K | T | | | | | |
| 63.   Brk Act #2 NYS Dorm Au Colgate 4.625/14 | B | Interest | K | T | | | | | |
| 64.   Brk Act #2 NYC Ser A G/O 4.3/14 | C | Interest | L | T | | | | | |
| 65.   Brk Act #2 LI Pwr Au [LIPA] 5/14 | B | Interest | | | Redeemed | 6/2 | K | A | |
| 66.   Brk Act #2 NYS Dorm Au Lease Rev Mun Hlth 5.5/14 | B | Interest | K | T | | | | | |
| 67.   Brk Act #2 Buffalo NY Gen ImpSer A 4.7/14 [11] | C | Interest | M | T | | | | | |
| 68.   Brk Act #2 NYC GO Ser I 4.5/14[13] | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #2 West Seneca Cent Sch 4.125/14 | C | Interest | M | T | | | | | |
| 70. Brk Act #2 NYC GO Ser G 4/14 | C | Interest | M | T | | | | | |
| 71. Brk Act #2 LI NY Pwr Au Elec SYS [LIPA] 5/15[08] | B | Interest | | | Redeemed | 6/2 | M | A | |
| 72. Brk Act #2 No Babylon Sch Dt 5.25/15 | B | Interest | K | T | | | | | |
| 73. Brk Act #2 NYS TWY AU 5/15 (/09) | D | Interest | M | T | | | | | |
| 74. Brk Act #2 NY,NY Ser I 5.25/15 (/09) | C | Interest | L | T | | | | | |
| 75. Brk Act #2 NYC REF Ser B G/O 5.75/15 | C | Interest | L | T | | | | | |
| 76. Brk Act #2 NY,NY RFDG Ser G 5/15 | B | Interest | K | T | Redeemed (part) | 11/5 | J | A | |
| 77. Brk Act #2 LI Pwr Au[LIPA] 4/15 | B | Interest | K | T | | | | | |
| 78. Brk Act #2 Carle Place 5.4/15 | B | Interest | | | Redeemed | 10/1 | K | A | |
| 79. Brk Act #2 NYNY Ser A 5.25/15 | B | Interest | K | T | | | | | |
| 80. Brk Act #2 MTA 5.25/15 | C | Interest | L | T | | | | | |
| 81. Brk Act#2 NYC Trans Fin 4/15 | C | Interest | M | T | | | | | |
| 82. Brk Act #2 NYS Dorm Pres 4.2/15[14] | B | Interest | L | T | | | | | |
| 83. Brk Act #2 NYC Ser C 5.25/15[14] | B | Interest | K | T | | | | | |
| 84. Brk Act #2 NYC Health & Hosp 4.55/16 | C | Interest | M | T | | | | | |
| 85. Brk Act #2 Nassau Co GenImpt Ser Y 5/16 | B | Interest | | | Redeemed | 8/7 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act # 2 NYC G/O Ser H 5.25/16 | C | Interest | L | T | | | | | |
| 87. Brk Act #2 NYS Dorm Au St Johns U 5/16 | B | Interest | K | T | | | | | |
| 88. Brk Act #2 NY, NY Trans Fin Au 4.75/16 | B | Interest | K | T | | | | | |
| 89. Brk Act #2 LIPA 5.125/16 | B | Interest | | | Redeemed | 6/2 | L | A | |
| 90. Brk Act #2 NY NY Ser J 5.25/16 | D | Interest | M | T | | | | | |
| 91. Brk Act #2 NYS Dorm Au RVS City U 5/16 | C | Interest | | | Redeemed (part) | 8/1 | K | A | |
| 92. same as above | | | | | Redeemed | 10/2 | K | A | |
| 93. Brk act #2 NYS Env Fac Corp St Clean Wtr 5/17 | B | Interest | L | T | | | | | |
| 94. Brk Act #2 NY NY RFDG Ser J 5/17 | A | Interest | K | T | | | | | |
| 95. Brk Act #2 NYC Ser G G/O 5/17 | C | Interest | M | T | | | | | |
| 96. Brk Act #2 NYC GO Ser O 5/17[15] | C | Interest | M | T | | | | | |
| 97. Brk Act #2 NYS Dorm AU City U 5/18 (/08 ) | C | Interest | | | Redeemed (part) | 7/1 | K | A | |
| 98. same as above | | | | | Redeemed | 10/2 | K | A | |
| 99. Brk Act #2 NYC SER B Gen Obl 5.375/18 [ 08] | C | Interest | K | T | | | | | |
| 100. Brk Act #2 LI NYPWR AU [LIPA} 5/18 | C | Interest | | | Redeemed | 6/2 | M | A | |
| 101. Brk Act #2 NYS Dorm Au St Josephs H 5. 25/18 | A | Interest | J | T | | | | | |
| 102. Brk Act #2 Binghamtom 4.25/18[16] | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Brk Act #2 NYS Thru H & B 5/18[15] | C | Interest | M | T | | | | | |
| 104.  Brk Act #2 NYC GO Ser Al 5/18[17] | D | Interest | M | T | | | | | |
| 105.  Brk Act #2 NY NY RFDG Ser I 5/18[14] | C | Interest | M | T | | | | | |
| 106.  Brk Act #2 NYC TFA FUT TAX FGIC S ECD Ser E 5.25/18 | | None | M | T | Buy | 9/22 | M | | |
| 107.  Brk Act #2 New York State Dorm Auth St Pers Income Tax 4/18 | B | Interest | M | T | Buy | 6/25 | M | | |
| 108.  Brk Act #2 New York NY City HSG Dev Corp MultiFam 5.35/18 | | None | M | T | Buy | 12/18 | M | | |
| 109.  Brk Act #2 City MWF AU WKS Sys Rev S er D 0/18 | | None | M | T | Buy | 12/18 | M | | |
| 110.  Brk Act #2 LIPA NY Elec Sys Ser E 5/18 | | None | M | T | Buy | 9/12 | M | | |
| 111.  Brk Act #2 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | M | T | Buy | 3/3 | M | | |
| 112.  Brk Act #2 Buffalo NY Mun Wtr Fin Au 5 /19 | B | Interest | | | Redeemed | 7/1 | K | A | |
| 113.  Brk Act #2 Buffalo Ser C 5/19 | C | Interest | L | T | | | | | |
| 114.  Brk Act #2 LIPA 5.3/19 | B | Interest | | | Redeemed | 6/2 | L | A | |
| 115.  Brk Act #2 MTA Ser A5.5/19[12] | D | Interest | M | T | | | | | |
| 116.  Brk Act #2 NYC TFA Ser Al 5/19[16] | C | Interest | M | T | | | | | |
| 117.  Brk Act #2 Middletown NY 4.125/19[16](P art VIII) | C | Interest | M | T | | | | | |
| 118.  Brk Act #2 NYS Env FACS Corp St Clean WTR & Drinking 5.25/20 | D | Int./Div. | M | T | Buy | 11/26 | N | | |
| 119.  Brk Act #2 Metro T SPTN Au NY TSPN R EV SER A A5/20 | B | Interest | M | T | Buy | 8/14 | L | | |

| 1. Income Gain Codes: (See Columns B] and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brk Act #2 NYC GO Ser A 5/20[16] | D | Interest | M | T | | | | | |
| 121. Brk Act#2 LIPA Ser E 5/20 [16] | C | Interest | L | T | | | | | |
| 122. Brk Act #2 NY Gen Oblig BDS-G1 5.5/21 | | None | M | T | Buy | 12/11 | K | | |
| 123. Brk Act #2 NYC Trans F/A Rev 5.25/21 | C | Interest | L | T | | | | | |
| 124. Brk Act #2 NYS Pers Inc Tax 5/21[16] | C | Interest | M | T | | | | | |
| 125. Brk Act #2 New York NY Ser A CIFG TC RS 5/21 | C | Interest | M | T | Buy | 3/31 | M | | |
| 126. Brk Act #2 Metro Tras Au NY Rev RFDG Ser A 5:125/21 | D | Interest | L | T | Buy | 3/19 | M | | |
| 127. Brk Act #2 NY Gen Oblig BDS-G1 5.5/21 | | None | M | T | Buy | 12/11 | K | | |
| 128. Brk Act #2 New York City G/O Ser A 5/22 | B | Interest | L | T | Buy | 1/29 | M | | |
| 129. Brk Act #2 NY Gen Oblig BDS E 6/23 | | None | M | T | Buy | 10/17 | L | | |
| 130. Brk Act #2 Triborough Bridge & T Au Ser D 5/23 | B | Interest | M | T | Buy | 7/30 | M | | |
| 131. Brk Act # 2 New York St Dorm Au Revs Hosp FHA Insd A 6.45/24 | C | Interest | M | T | Buy | 4/17 | M | | |
| 132. Brk Act #2 Triborough B & T AU 5/24 | C | Interest | M | T | | | | | |
| 133. Triborough Bridge & Tunnel Au Var 2032 (Part VIII) | E | Interest | | | Buy (add'l) | 3/31 | M | | |
| 134. same as above | | | | | Sold (part) | 1/2 | K | A | |
| 135. same as above | | | | | Sold (part) | 1/30 | L | A | |
| 136. same as above | | | | | Sold (part) | 3/18 | P1 | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. same as above | | | | | Sold (part) | 3/18 | M | A | |
| 138. same as above | | | | | Sold (part) | 6/12 | M | A | |
| 139. Brk Act #2 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 140. Brk Act #2 XLF | B | Dividend | K | T | | | | | |
| 141. Brk Act #4 NYS Dorm Au City U 4.625/07 | B | Interest | | | redemption | 7/2 | K | A | |
| 142. Brk Act #4 Port Auth 119th Ser 5/07 | A | Interest | | | redemption | 2/1 | K | A | |
| 143. Brk Act #4 NYS Dorm Mtg Hosp 4.95/08 | B | Interest | `K | T | | | | | |
| 144. Brk Act #4 NYNY Ser H MBIA 5/09 | B | Interest | L | T | | | | | |
| 145. Brk Act #4 NYS Thrwy 5.1/10 | C | Interest | L | T | | | | | |
| 146. Brk Act #4 NYC G/O Ser C 4.35/11 | B | Interest | L | T | | | | | |
| 147. Brk Act #4 NYC RFDG Ser H, subser H6 float/12 | C | Interest | L | T | | | | | |
| 148. Brk Act #4 MTA FRDG Ser A 4.3/13 | B | Interest | L | T | | | | | |
| 149. Brk Act #4 NYS Dorm Columbia U. 5.25/13 | B | Interest | K | T | | | | | |
| 150. Brk Act #4 New York City G/O Ser E 5/14 ( Part VIII) | B | Interest | L | T | | | | | |
| 151. Brk Act #4 New Rochelle Sch Dist Ser A FSA 5/14 (Part VIII) | B | Interest | K | T | | | | | |
| 152. (Brk Act #4 New Rochelle NY School 5.25 /14 | B | Interest | K | T | | | | | |
| 153. Brk Act #4 NYC Ref Ser B G/O 5.75/15 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brk Act #4 NYC Health & Hosp 4.5[4.55]/16 | A | Interest | K | T | | | | | |
| 155. Brk Act #4 Hudson Falls NY Cent Sch 4.6 25/16 | B | Interest | K | T | | | | | |
| 156. Brk Act #4 New York G/O BD B/E Ser J 4/16 | B | Interest | M | T | Buy | 3/12 | M | | |
| 157. Brk Act #4 NYC G/O Ser E 5/16 | B | Interest | L | T | | | | | |
| 158. Brk Act #4 NYC G/O Ser B 5.25/18 | C | Interest | L | T | | | | | |
| 159. Brk Act #4 New York NY RFDG Ser H 5/16 (Part VIII) | B | Interest | L | T | | | | | |
| 160. Brk Act #4 Port Auth 125th Ser 5/18 | B | Interest · | K | T | | | | | |
| 161. Brk Act # 4 MTA 4.5/18 | B | Interest | K | T | | | | | |
| 162. Brk Act #4 NYS Dorm Au Rev Kaleida Hlth 4.25/18 | B | Interest | K | T | | | | | |
| 163. Brk Act #4 Bingamton NY 4.25/18[16] | C | Interest | L | T | | | | | |
| 164. Brk Act #4 New York City G/O Ser A Subs er A-1 5/19 | B | Interest | M | T | Buy | 6/13 | M | | |
| 165. Brk Act #4 NYS Twy Rev A 5/20[15] | B | Interest | L | T | | | | | |
| 166. Brk Act #4 Western Asset Mkt FD (PartVI II) | B | Dividend | K | T | | | | | |
| 167. Brk Act #4 LM[SB] Large Cap Growh Fund CL A | | None | L | T | | | | | |
| 168. Brk Act #6 SB Money Funds Cash Port CLA | A | Dividend | J | T | | | | | |
| 169. Brk Act #6 SB Muni NY Mkt Port CL A | A | Dividend | J | T | | | | | |
| 170. Brk Act #6 ADP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brk Act # 6 BR (Part VIII) | A | Dividend | J | T | | | | | |
| 172. Brk Act #6 BBY | A | Dividend | J | T | | | | | |
| 173. Brk Act #6 Citigroup | A | Dividend | J | T | | | | | |
| 174. Brk Act #6 GE | A | Dividend | J | T | | | | | |
| 175. Brk Act #6 IBM | A | Dividend | J | T | | | | | |
| 176. Brk Act #6 KMB | A | Dividend | J | T | | | | | |
| 177. Brk Act #6 KSS | | None | J | T | | | | | |
| 178. Brk Act #6 MDT | A | Dividend | K | T | | | | | |
| 179. Brk Act #6 MSFT | A | Dividend | J | T | | | | | |
| 180. Brk Act #6 PWC | A | Dividend | K | T | | | | | |
| 181. Brk Act #6 WMT | A | Dividend | J | T | | | | | |
| 182. Brk Act #6 WAG | A | Dividend | J | T | | | | | |
| 183. Brk Act #6 WFC | A | Dividend | J | T | | | | | |
| 184. Brk Act #7 Citibank NA Bank Dep Program | B | Interest | L | T | | | | | |
| 185. Brk Act #7 Safra Nat Bank C/D | A | Interest | | | Redeemed | 4/12 | K | A | |
| 186. Brk Act #7 Lehman Bros 4.150/15 | A | Interest | K | T | Redeemed (part) | 4/20 | K | A | |
| 187. Brk Act # 7 PWC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P. Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Brk Act #7 RIT | A | Dividend | J | T | | | | | |
| 189. Brk Act #9 SB MUNI NY MNY MKT PORT CL A | B | Interest | M | T | | | | | |
| 190. Brk Act #9 EEM | A | Dividend | J | T | | | | | |
| 191. Brk Act #9 PWC | A | Dividend | L | T | | | | | |
| 192. Brk Act #9 PRF | B | Dividend | L | T | | | | | |
| 193. Brk Act #9 PZI | A | Dividend | J | T | | | | | |
| 194. Brk Act #9 MFS Intl New Disc Fund C | A | Dividend | K | T | Sold (part) | 12/17 | J | B | |
| 195. Brk Act #9 NYC Muni Water SWR 0/14[09] | B | Interest | K | T | | | | | |
| 196. Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | K | T | Buy | 10/10 | K | | |
| 197. Brk Act #9 NYS Energy R&D Rock/Orange 3.51/14 | A | Interest | | | Redeemed | 2/12 | L | A | |
| 198. Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 199. Brk Act #9 XLF | A | Dividend | J | T | | | | | |
| 200. Brk Act #10 SB MUNI NY MNY PORT CL A(Part VIII) | D | Dividend | L | T | | | | | |
| 201. Brk Act #10 EEM | A | Dividend | J | T | | | | | |
| 202. Brk Act #10 PWC | A | Dividend | L | T | | | | | |
| 203. Brk Act #10 PRF | B | Dividend | L | T | | | | | |
| 204. Brk Act #10 PZI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brk Act #10 MFS Intl New Disc Fund C | A | Dividend | K | T | Sold (part) | 12/17 | J | B | |
| 206. Brk Act #10 NYC Muni Water SWR 0/14[ 09] | B | Interest | K | T | | | | | |
| 207. Brk Act #10 NYS Enerrgy R&D Rock/Ora nge 3.51/14 | A | Interest | | | Sold | 12/12 | L | A | |
| 208. Brk Act #10 New YOrk City MWF Au W/S Sys Ser D O CPN 0/18 | A | Interest | K | T | Buy | 10/10 | K | | |
| 209. Brk Act #10 P R Comm H & T 0/20 | B | Interest | K | T | | | | | |
| 210. Brk Act #12 PHX Oakhurst Strat Alloc FD A | A | Dividend | J | T | | | | | |
| 211. Brk Act #12 PHX Oakhurst Inc&Growth FD A | A | Dividend | J | T | | | | | |
| 212. Brk Act #13 Fidelity Divers Intl [FDIVX] | D | Dividend | M | T | buy | 10/2 | J | | |
| 213. Brk Act #13 Fidelity Equity Inc[FEQIX] | F | Dividend | O | T | | | | | |
| 214. Brk Act #13 Fidelity Inter Bond [FTHRX] | E | Interest | N | T | | | | | |
| 215. Brk Act #13 Fidelity Export & Multinat'l [ FEXPX] | B | Dividend | L | T | buy | 10/2 | J | | |
| 216. Brk Act #13 Fidelity Disciplined Equity[FD EQX] | D | Dividend | L | T | buy | 10/2 | J | | |
| 217. Brk Act # 13 Fidelity Value [FDVLX] | D | Dividend | L | T | buy | 10/2 | J | | |
| 218. Brk Act #13 Fidelity Capital Apprec [FD CAX] | C | Dividend | L | T | buy | 10/2 | J | | |
| 219. same as above | | | | | buy | 12/14 | K | | |
| 220. Brk Act #13 Fidelity Retire Mmkt[Cash R eserves] [FCRXX] | D | Interest | M | T | | | | | |
| 221. Bank Act #14 Chase Accounts | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

By reason of the applicability of section 102(e)(2), Brk Acts #5, 8 and 11 which were included on prior Financial Disclosure Reports ("FDRs") are no longer required to be reported and are omitted from the 2008 FDR..

PartVII: INVESTMENTS AND TRUSTS
Page 4, line 9 of FDR for 2008. Brk Act #2  First Eagle Overseas Fund Class A. The sale on 12/18/07 reported on FDR 2007 was a partial sale at value code J and gain code C with a year end value code of M by value method T.
Page 4, line 10 of FDR for 2008. Brk Act #2 LM [SB] Appreciation Fd CL A. The sale on 12/15/07 reported on FDR 2007 was a partial sale at value code K and gain code E with a year end value code of K by value method T.
Page 4, line 14 of FDR for 2008. Brk Act #2 SCD. The redemption on 6/1/07 reported on FDR 2007 was a partial redemption with a value code K and gain code E with a year end value code of K by value method T.
Page 4, line 17 of FDR for 2008. Brk Act #2 NY NY SER M AMBAC 5/08( /07). The redemption on 6/1/07 reported on FDR 2007 was a partial redemption with a value code K and gain code A with a year end value code of K by value method T.
Page 5, line 20 of FDR for 2008. Brk Act #2.  Nassau Cty COMB SWR DISTR SER Y 5/08 The redemption on 9/4/07 reported on FDR 2007 was a partial redemption with a value code K and gain code A with a year end value code of K by value method T.
Page 32, line 32 of FDR for 2008. Brk Act #2.  NYC G/O SER D 5.4/11. The redemption on 10/1/07 reported on FDR 2007 was a partial redemption with a value code J and gain code A with a year end value code of L by value method T.
Page 6, line 37 of FDR for 2008. Brk Act #2. Eire Cnty NY Pub Imp Ser A The redemption on 8/15/07 reported on FDR 2007 was a partial redemption with a value code J and gain code A with a year end value code of K by value method T.
Page 14, line 172 of FDR for 2008. Brk Act #6. BR The sell on 4/9/07 reported on FDR 2007 was a partial sell at value code J and Gain Code A with  a year end value code J by value vethod T.
Page 15, line 200 of FDR for 2008. Brk Act #10.  The sell on 3/23/07 reported on FDR 2007 was a oartial sell at value code K and gain code A with a year end value vode K by value method T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544